**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

August 4, 2014

Joanne P. Pinckney
Seton C. Mangine
Pinckney, Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801

Evan O. Williford
The Williford Firm LLC
901 North Market Street, Suite 800
Wilmington, Delaware 19801

Yaping Liu
203 Hockessin Circle
Hockessin, Delaware 19707

> Re:   *Base Optics Inc. v. Yaping Liu et al.*,
>         Civil Action No. 9803-VCG

Dear Counsel and Ms. Liu,

This letter memorializes my bench ruling at today's teleconference, in which I addressed Mr. Williford's Motion to Withdraw as counsel for Defendants Yaping Liu and Argus International Ltd. For the reasons stated in my bench ruling, I granted in part and denied in part this Motion.

More specifically, I granted Mr. Williford's Motion to Withdraw as counsel for the Individual Defendant, Ms. Liu, and denied the Motion as to Argus International Ltd. I further relieved Argus of its responsibility to file an answering brief, and from its obligation to make discovery, separate from the Individual Defendant, Ms. Liu. Argus, however, must be represented at the preliminary injunction hearing scheduled in Dover, Delaware on Tuesday, August 12, 2014 at

10:00 am. My ruling, moreover, does not relieve The Williford Firm from zealously representing Argus.[1]

If appropriate, Mr. Williford may renew his Motion to Withdraw orally at the conclusion of next week's preliminary injunction hearing.

To the extent the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III

---

[1] *See, e.g.*, Del. Lawyers' R. Prof'l Conduct 1.3 ("A lawyer shall act with reasonable diligence and promptness in representing a client.").